**O-7376**

**OPINION WITHDRAWN
& NOT REISSUED**